IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(at Greenbelt)

| | | |
|---|---|---|
| **IN RE:** | * | |
| | * | |
| **Hector Antonio Santos Orellana** | * | Case No. 15-10482-PM |
| | * | Chapter 7 |
| | * | |
| **Debtor** | * | |

## MOTION TO CONVERT CHAPTER 7 CASE
## TO ONE UNDER CHAPTER 13

COMES NOW the debtor, Hector Antonio Santos Orellana, by and through his attorney, Terence Brian Garvey, and respectfully represents as follows:

1. The debtor files this Motion pursuant to 11 U.S.C. Section 706(a) and Rules 7004 and 9013 of the Federal Rules of Bankruptcy Procedure to convert this Chapter 7 case to one under Chapter 13.

2. On January 13, 2015, the debtor filed a Voluntary Petition under Chapter 7 of the United States Bankruptcy Code.

3. The debtor has experienced a change in his circumstances and wishes to attempt to make payments towards his debts.

4. The debtor is fully eligible to be a debtor under Chapter 13, and this case has not been previously converted.

NOW THEREFORE, the debtor respectfully requests that this Honorable Court:

1. Enter an order converting this case from Chapter 7 to one under Chapter 13; and

2. Grant such other and further relief that may appear just and appropriate.

Respectfully submitted,

/s/ Terence Brian Garvey
TERENCE BRIAN GARVEY, ESQ.
Federal Bar No. 07737
Attorney for Debtor
839C Quince Orchard Blvd
Gaithersburg, MD 20878
Telephone: 301-948-1227
Facsimile: 301-948-0002
Email: tgarveylaw@comcast.net

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 21st day of April, 2015, to the extent the following were not served via the CM/ECF system, true copies of the foregoing Motion to Convert were mailed, postage prepaid, to Merrill Cohen, Chapter 7 Trustee, Cohen, Baldinger & Greenfeld, LLC, 2600 Tower Oaks Blvd, Suite 103, Rockville, MD 20852; the Office of the United States Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770; and all creditors as listed on the creditor mailing matrix on file with the Court.

/s/ Terence Brian Garvey
TERENCE BRIAN GARVEY, ESQ.